UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
CAMILLA WADE-WEST

        Plaintiff,                              DOCKET NO.: 3:22-CV-1033

    v.

HOME DEPOT U.S.A., INC.

        Defendants,
-----------------------------------------------------------------X

## NOTICE OF REMOVAL

Defendant, HOME DEPOT U.S.A., INC., hereby files this Notice of Removal of the above described action to the United States District Court for the District of Connecticut from the State of Connecticut Superior Court in and for the Judicial District of Fairfield at Bridgeport, where the action is now pending as provided by Title 28 U.S. Code, Chapter 89 and states:

    1.    This cause was commenced in the Superior Court of the State of Connecticut by the filing of a Complaint on July 27, 2022. The Complaint names Home Depot U.S.A., Inc. and Diversified Maintenance Systems, LLC as defendants. Plaintiff Camilla Wade-West resides at 223 Judd Street in Fairfield, Connecticut 06825 and is, presumably, a citizen of the State of Connecticut. On August 9, 2022, the plaintiff withdrew the Complaint against Defendant Diversified Maintenance Systems, LLC. The action still continues against Defendant Home Depot U.S.A., Inc.

    2.    The action is a civil action for personal injuries and the United States District Court for the District of Connecticut has original jurisdiction pursuant to 28 U.S.C. §1332 by reason of: (1) the diversity of citizenship of the parties; and (2) upon information and belief, the matter in dispute exceeds the sum of seventy-five thousand dollars, exclusive of interest and costs.

    3.    Defendant Home Depot U.S.A., Inc. was, and still is, a corporation incorporated and

existing under and by virtue of the laws of the State of Delaware. Defendant Home Depot U.S.A., both at the time the action was commenced and at the present time, has its principal place of business in the State of Georgia. Defendant Home Depot U.S.A., Inc., therefore, is a citizen of the states of Delaware and Georgia and is not a citizen of the state in which the action was brought.

4. A copy of all process, pleadings, and orders served upon the Defendant has been filed with this notice, annexed hereto as Exhibit "A".

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after the filing of the Complaint on July 27, 2022.

6. Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

7. The Plaintiff will be given written notice of the filing of this notice as required by 28 U.S.C.A. § 1446(d).

8. A copy of this notice will be filed with the clerk of said Superior Court within and for the Judicial District of Fairfield at Bridgeport as required by 28 U.S.C.A. § 1446(d).

**WHEREFORE**, Defendants request that this action proceed in this Court as an action properly removed to it.

Dated: New York, New York
August 15, 2022

                                          Respectfully submitted,

                                          **RUTHERFORD & CHRISTIE,** LLP

                                          By: _s:/ David S. Rutherford_
                                                David S. Rutherford, Esq.
                                                Attorneys for Defendants
                                                Rutherford & Christie, LLP
                                                800 Third Avenue, 9th Floor
                                                New York, NY 10022
                                                (212) 599-5799

TO: Kennedy Johnson Schwab & Roberge, LLC
     Attorneys for Plaintiff
     555 Long Wharf Drive, 13th Floor
     New Haven, CT 06511
     (203) 865-8430
     Attn.: Brendan K. Nelligan, Esq.